IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEWAYNE L. LILES,
    Plaintiff,

v.                                  Case No.: 3:19cv494/RV/EMT

THE UNITED STATES OF AMERICA,
    Defendant.
_____/

# O R D E R

This cause is before the court upon a "Motion for Extension of Discovery Deadlines," filed by Plaintiff Liles (ECF No. 34). In brief, Plaintiff notes that several discovery-related motions are pending before the court, including motions that relate to depositions presently scheduled for February 27 and 28, 2020.

The current discovery deadline is March 1, 2020, and the first of the discovery-related motions—a motion to compel filed by Plaintiff Liles—was filed on February 14, 2020 (ECF No. 26). Since then, a motion to quash has been filed (ECF No. 28), as well as a response in opposition to the motion to quash (ECF No. 29), and a motion for leave to file a reply to the response in opposition (ECF No. 31). The most recent motion was filed today, February 25, 2020. The court cannot resolve these matters prior to the scheduled depositions or prior to the expiration of the current discovery deadline.

Accordingly, it is **ORDERED**:

1. The Motion for Extension of Discovery Deadlines is **GRANTED** (ECF No. 34). All discovery must be completed by **April 27, 2020**.

2. The depositions scheduled for February 27 and 28, 2020, are **CANCELLED**.

**DONE AND ORDERED** this 25<u>th</u> day of February 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**